# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 19, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

156850 & (42)


DRAGO KOSTADINOVSKI and BLAGA
KOSTADINOVSKI,
         Plaintiffs-Appellees/
         Cross-Appellants,

v

                                       SC: 156850
                                       COA: 333034

STEVEN D. HARRINGTON, M.D., and
ADVANCED CARDIOTHORACIC
SURGEONS, PLLC,
         Defendants-Appellants/
         Cross-Appellees.
                                       Macomb CC: 2014-002247-NH

_____/

      On April 10, 2019, the Court heard oral argument on the application for leave to appeal the October 24, 2017 judgment of the Court of Appeals and the application for leave to appeal as cross-appellants. On order of the Court, the applications are again considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      VIVIANO, J., did not participate due to a familial relationship with the presiding circuit court judge in this case.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 19, 2019
                                            

d0416
                                             Clerk